**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> The requested extension of time until **April 21, 2021** to file the certified administrative record is GRANTED.
>
> The Clerk of Court is directed to close ECF No. 13.
>
> SO ORDERED  3/18/2021
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

<u>By CM/ECF</u>

Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Riaz vs. Saul,* 20-cv-8418 (JPC/SLC)

Dear Judge Cave:

This Office represents Andrew Saul, the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for program benefits.  The Commissioner is to file a certified administrative record (CAR) by March 22, 2021, pursuant to the Court's Order dated January 19, 2021 (CM/ECF No. 12).  The undersigned respectfully requests a 30-day extension of this deadline to April 21, 2021, to file the CAR.

This is the Commissioner's second request for an extension of the deadline to file this certified administrative record.  The extension is necessary because teleworking and other temporary workplace changes since mid-March 2020 due to the COVID-19 pandemic continue to significantly impact the operations of the Social Security Administration's Office of Appellate Operations (OAO) and materially affect its ability to prepare certified administrative records, including obtaining transcriptions of hearing recordings from private contractors.  Over the past few months, OAO has redesigned its business process to allow for a mostly virtual CAR preparation process, and has worked and continues to work to expand and improve this process.  OAO continues to work towards not only increasing its productivity, but also the capacity of its transcription typing services, through its support of existing contractors' hiring of new staff by expediting their suitability investigations and credentialing, as well as seeking additional contracts and hiring new staff internally.  OAO has also taken steps to prioritize the transcription/production of CARs (typically in age-order), as well as to keep the public informed of its backlog and workload information in its continuing efforts to meet those challenges.  Although the current process has improved and CAR production has increased, challenges remain, including rising court case filings, as well as staffing and processing problems with transcript typing service contractors.  OAO respectfully requests continued patience as it works to add transcription capacity, increase production of CARs, and address rising court case filings.

We have conferred with Plaintiff's counsel regarding this application, and counsel advised that he consents to this request.

Thank you for Your Honor's consideration.

                                                Respectfully submitted,

                                                AUDREY STRAUSS
                                                Acting United States Attorney

                             By:    *Ariella Zoltan*
                                                Ariella Zoltan
                                                Special Assistant United States Attorney
                                                c/o Social Security Administration
                                                Office of General Counsel
                                                26 Federal Plaza, Room 3904
                                                New York, NY 10278
                                                Tel.: (212) 264-2217
                                                Fax:  (212) 264-6372
                                                ariella.zoltan@ssa.gov

cc: Howard Olinsky, Esq.