## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KANETZ TANISHA RIAZ,

                Plaintiff,                    20 **CIVIL** 8418 (JPC)(SLC)

      -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2022, the Court has adopted the Report and Recommendation, although the Court does not reach the question of whether Dr. Fassler's prior medical finding constituted substantial evidence. Plaintiff's motion for judgment on the pleadings is denied. Defendant's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
          September 28, 2022

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                    **BY:**          *K. Mango*

                                                                **Deputy Clerk**